DECEMBER 9, 1985

No. 85–5685. HAMILTON v. CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 84–1736. HIJAR, SUPERINTENDENT, FEDERAL PRISON CAMP AT BORON, CALIFORNIA v. BURRUS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 816.] Judgment vacated and case remanded to the United States District Court for the Northern District of California with instructions to vacate the injunction and to dismiss the cause as moot.

No. A–353. ERNEST v. UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF ALABAMA ET AL. Application for an injunction or writ of habeas corpus, addressed to JUSTICE REHNQUIST and referred to the Court, denied. Motion to recuse JUSTICE POWELL denied.

No. D–523. IN RE DISBARMENT OF GANTT. Richard Allison Gantt, of Greenville, S. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on October 15, 1985 [*ante*, p. 896], is hereby discharged.

No. D–534. IN RE DISBARMENT OF PESNER. It is ordered that David I. Pesner, of Spring Valley, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.